1

2

3                    IN THE UNITED STATES DISTRICT COURT FOR THE

4                         EASTERN DISTRICT OF CALIFORNIA

5

6    UNITED STATES OF AMERICA,

7                      Plaintiff,
                                            CR. NO. S-97-0609 EJG
8            v.
                                            ORDER DENYING MOTION FOR
9    MANUEL FRIAS CASTRO,                    RECONSIDERATION

10                     Defendant.
     _____/
11

12        Defendant, a federal prisoner proceeding pro se, has filed a

13   motion seeking reconsideration of the court's order, filed

14   earlier this month, denying his motion for reduction of sentence.

15   Motions for reconsideration require the recitation of new or

16   different facts, a change in applicable law or manifest

17   injustice.  Defendant has provided none of the above in support

18   of his motion.  Instead, he revisits the arguments made in

19   connection with his original motion, which arguments the court

20   considered and rejected in its April 9, 2009 order.

21        Accordingly, defendant's motion for reconsideration is

22   DENIED.

23        IT IS SO ORDERED.

24   Dated: April 30, 2009

25                               /s/ Edward J. Garcia
                                 EDWARD J. GARCIA, JUDGE
26                               UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26